UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| | |
|---|---|
| CENTRAL PROPERTIES/US BANK | CIVIL ACTION NO. 12-cv-0686 |
| VERSUS | JUDGE FOOTE |
| JONATHAN DAVID MARCUS, ET AL. | MAGISTRATE JUDGE HORNSBY |

## MEMORANDUM ORDER

Central Properties/US Bank filed this action to quiet tax title in Caddo Parish. The United States removed the case in March 2012. Plaintiff has not taken any action to prosecute the case since that time.

Counsel for Plaintiff is directed to provide the court by letter a status report on the case by June 12, 2014. If Plaintiff does not intend to pursue the case, counsel should file a motion to dismiss, along with a proposed order.

THUS DONE AND SIGNED at Shreveport, Louisiana, this 21st day of May, 2014.

Mark L. Hornsby
U.S. Magistrate Judge